# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## August 10, 2007

[Cite as *08/10/2007 Case Announcements*, 2007-Ohio-4057.]

## MOTION AND PROCEDURAL RULINGS

2007–0781.   **Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–1444–GA–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for admission pro hac vice of David C. Rinebolt by Coleen L. Mooney and the motion for leave to intervene as appellee of Ohio Partners for Affordable Energy,
It is ordered by the court that the motions are granted.

2007–1054.   **Newman v. Levin.**
Board of Tax Appeals, Nos. 2002–M–170, 2002–M–171, and 2002–M–172. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration thereof,
It is ordered by the court, sua sponte, that the briefing is stayed.

2007–1265.   **Jefferson v. Beightler.**
Marion App. No. 9–07–10. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. Upon consideration of appellant's motion for appointment of counsel,
It is ordered by the court that the motion is denied.